UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO: 07-07064-JW |
|---|---|
| DELORES BEATRICE JAMERSON<br>821 MAIN STREET<br>CHARLESTON, SC  29407 | (CHAPTER 13) |
| | TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor | |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of James M. Wyman, Trustee for the above referenced case is Check No. 241885 in the amount of $1,422.00 representing monies designated as dividends to parties as follows:

| Party | Claim # | Reason for Return | Amount |
|---|---|---|---|
| MAGNOLIA CREDIT CORP<br>2127 BOUNDARY ST STE 14<br>BEAUFORT, SC  29902-0000 | 8 | Returned Check, unable to locate | $1,422.00 |

Dated: <u>January 29, 2013</u>

/s/ James M. Wyman
James M. Wyman
Chapter 13 Trustee
PO Box 997
Mt. Pleasant, SC  29465-0997
Phone: (843) 388-9844
Fax: (843) 388-9877

MEREDITH LAW FIRM, LLC
Robert R. Meredith, Jr.
4000 Faber Place Drive,
Suite 120
North Charleston, SC 29405